AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

William P. Hite, Patrick R. Perno, Stephen F. Kelly and Bradley M. Karbowsky; Trustees of the United Association General Officers Retirement and Pension Fund; Trustees of the United Association Office Employees Pension and Retirement Fund; and Trustees of the United Association Local Union Officers and Employees Pension Fund

**SUMMONS IN A CIVIL CASE**

V.

Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, LLC, Leeds Weld IV Advisors, LLC, and Leeds Weld Equity Advisors, Inc.

CASE NUMBER   1:05CV02019

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 10/12/2005

TO: (Name and address of Defendant)

Leeds Weld Equity Advisors, Inc.
Registered Agent: Corporation Service Company
2711 Centerville Road
Suite 400
New Castle, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. O'Connell, Mark W. Kunst, Maydad D. Cohen
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 12 2005

CLERK                                DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

Case No: 1:05CV02019

William P. Hite, et al
Plaintiff(s)

v

Leeds Weld Equity Partners IV, LP, et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Leeds Weld Equity Advisors, Inc.

**With the (documents):** Summons; Complaint; Notice of Right to Consent Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; and Electronic Case Files Attorney/Participant Registration Form

**Person Served:** Mary Drummond, Business Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

**Service Address:** 2711 Centerville Road, Suite 400, Wilmington, DE  19808

**Date of Service:** October 17, 2005    **Time of Service:** 1:12 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address        ( ) Evading                           ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist    ( ) Service canceled by Litigant    ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
 _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 40's  Sex: F   Race: B   Hgt: 5'6"   Wgt: 135   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

October 18, 2005    at    Wilmington,    Delaware
Date                       City              State

Daniel Newcomb, Process Server

State of Delaware
New Castle County

Subscribed and sworn before me, a Notary Public of the State of Delaware on October 18, 2005

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware