AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WILLIAM P. HITE, et al.

        Plaintiff(s)

vs.

LEEDS EQUITY PARTNERS IV, LLP et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05CV02019 (PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Maydad D. Cohen__ as counsel in this
(Attorney's Name)

case for: All Plaintiffs: Trustees of the United Association Local Union Officers and Employees Pension Fund, the United Association General Officers Retirement and Pension Fund, and the United Association Office and Employees Pension and Retirement Fund, William P. Hite, Stephen F. Kelly, Patrick R. Perno and Bradley M. Karbowsky
(Name of party or parties)

October 24, 2005
Date

*[signature]*
Signature

474204
BAR IDENTIFICATION

Maydad Cohen
Print Name

O'Donoghue & O'Donoghue, 4748 Wisconsin Ave
Address

Washington, DC  20016
City        State        Zip Code

202-362-0041
Phone Number