UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
WILLIAM P. HITE, *et al.*,            :
    Plaintiffs               :
                              :
v.                                    :   Civil Action No: 1:05CV02019 (PLF)
                                      :   Judge Paul L. Friedman
LEEDS WELD EQUITY PARTNERS IV, L.P.   :
350 Park Avenue, 23rd Floor           :
New York, New York 10022              :
                                      :
LEEDS WELD EQUITY ASSOCIATES IV,      :
L.L.C.                                :
350 Park Avenue, 23rd Floor           :
New York, New York 10022              :
                                      :
LEEDS WELD IV ADVISORS, L.L.C.        :
350 Park Avenue, 23rd Floor           :
New York, New York 10022              :
                                      :
LEEDS EQUITY ADVISORS, INC.           :
350 Park Avenue, 23rd Floor           :
New York, New York 10022              :
                                      :
    Defendants                :
---------------------------------------------------------- x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

    Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc.

November 7, 2005                      Respectfully submitted,

                                           By:   /s/
                                                    Kevin J. Arquit, #438511
                                                    SIMPSON THACHER & BARTLETT LLP
                                                    425 Lexington Avenue
                                                    New York, New York 10017
                                                    (212) 455-2000

                                                   *Counsel for Defendants*