UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,

    Defendants

------------------------------------------------------------ x

Civil Action No: 1:05CV02019 (PLF)
Judge Paul L. Friedman

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Paul C. Curnin as counsel in this case for Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc.

November 7, 2005

Respectfully submitted,

By:   /s/ _____
Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Paul C. Curnin, *pro hac vice* pending
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*