UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,

    Defendants
------------------------------------------------------------- x

Civil Action No: 1:05CV02019 (PLF)
Judge Paul L. Friedman

## MOTION OF DEFENDANTS FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Defendants") move for the admission of Paul C. Curnin of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Mr. Curnin is a member in good standing of the following bars: the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, and the United States Supreme Court. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Curnin should this Motion be granted.

November 7, 2005                           Respectfully submitted,

                              By:    /s/
                                     Kevin J. Arquit, #438511
                                     SIMPSON THACHER & BARTLETT LLP
                                     425 Lexington Avenue
                                     New York, New York 10017
                                     (212) 455-2000

                                     *Counsel for Defendants*