UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
WILLIAM P. HITE, *et al.*,             :
    Plaintiffs             :
                                    :
v.                                     :   Civil Action No: 1:05CV02019 (PLF)
                                       :   Judge Paul L. Friedman
LEEDS WELD EQUITY PARTNERS IV, L.P.,   :
*et al.*,                              :
    Defendants             :
------------------------------------------------------------ x

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc., for the admission *pro hac vice* of Paul C. Curnin is, this the ____ day of _____, 2005, hereby granted.

 

_____
Hon. Paul L. Friedman
United States District Judge