## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------  x
WILLIAM P. HITE, et al.,                           :
                                                   :
        Plaintiffs                                 :
                                                   :
v.                                                 :  Civil Action No.: 1:05CV02019 (PLF)
                                                   :  Judge Paul L. Friedman
LEEDS WELD EQUITY PARTNERS IV,                     :
L.P., et al.,                                      :
                                                   :
        Defendants                                 :
-------------------------------------------------  x
```

## DECLARATION OF PAUL C. CURNIN

I, Paul C. Curnin, do hereby declare and state as follows:

1.      I am a member of the firm of Simpson Thacher & Bartlett LLP, counsel in this matter for Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. I submit this declaration in support of Defendants' Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) and (7).

2.      On April 27, 2005, I received a draft complaint from Plaintiffs' counsel, James R. O'Connell of O'Donoghue & O'Donoghue LLP, which is substantially similar to the complaint filed by Plaintiffs on October 12, 2005. Plaintiffs' counsel also advised that the draft complaint would "be filed in the near future."

3.      Attached hereto as Exhibit A is a true and correct copy of the October 31, 2005 email communications between the undersigned and Plaintiffs' counsel, Maydad D. Cohen of O'Donoghue & O'Donoghue LLP.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on this 7th day of November, 2005 at New York, New York.

Paul C. Curnin, *pro hac vice* pending

# EXHIBIT A

## Curnin, Paul C

| From: | MCohen@odonoghuelaw.com |
|-------|------------------------|
| Sent: | Monday, October 31, 2005 4:08 PM |
| To: | Curnin, Paul C |
| Cc: | Dave, Brijesh; mkunst@odonoghuelaw.com; Maxwell, Shavonna |
| Subject: | RE: Hite et al v. Leeds Weld Equity Partners IV. LP (D.D.C. 05-2019) |

Paul,

Today just got out of hand. We'll try to catch up with you before noon tomorrow. In any event, we will not file the motion without talking to you.

----------------------------------------------------------------

Maydad Cohen
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Phone: (202) 362-0041
Fax:    (202) 362-2640
E-mail:  mcohen@odonoghuelaw.com

"Curnin, Paul C" <pcurnin@stblaw.com>

10/31/2005 02:28 PM

To <MCohen@odonoghuelaw.com>

cc <mkunst@odonoghuelaw.com>, "Dave, Brijesh" <BDave@stblaw.com>, "Maxwell, Shavonna" <SMaxwell@stblaw.com>

Subject RE: Hite et al v. Leeds Weld Equity Partners IV. LP (D.D.C. 05-2019)

Mr. Cohen:

This firm represents Leeds Weld. If you are considering a motion for a preliminary injunction, we would be interested in hearing why that application is not frivolous.

Your request for a meet and confer this afternoon is obviously made on short notice. I have several meetings this afternoon, but please feel free to call. If we cannot speak this afternoon, I am available tomorrow morning.

Paul Curnin

------------------------------------------------------------------------------------------------------

**From:** MCohen@odonoghuelaw.com [mailto:MCohen@odonoghuelaw.com]
**Sent:** Monday, October 31, 2005 1:06 PM
**To:** Curnin, Paul C
**Cc:** mkunst@odonoghuelaw.com
**Subject:** Hite et al v. Leeds Weld Equity Partners IV. LP (D.D.C. 05-2019)

Mr Curnin:

Please be advised that we are considering filing a motion for a preliminary injunction in the very near future in the case referenced above. DC local rules impose on us an obligation to confer with the opposing counsel of record, if any, prior to filing the motion for preliminary injunction. Are you, or is anyone in your firm counsel of record in this case? If so, we would like to confer with you this afternoon. If you are not the counsel of record, could you provide us with the lawyer's contact information who is the counsel of record, so that we may comply with the local rules?

Thanks you for your assistance. Please contact Mark Kunst or I if you have any questions.

---------------------------------------------------------------
Maydad Cohen
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Phone: (202) 362-0041
Fax:    (202) 362-2640
E-mail: mcohen@odonoghuelaw.com