UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM P. HITE, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,<br><br>    Defendants | Case Number 1:05CV02019 (PLF)<br>Judge Paul L. Friedman |

### ORDER

UPON CONSIDERATION of Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Defendants") memorandum of law in support of their motion to dismiss,

IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is GRANTED.

IT IS SO ORDERED on this ____ day of ____, 2005.

_____
Hon. Paul L. Friedman
United States District Judge