UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV,
L.P., *et al.*,

    Defendants
------------------------------------------------------------- x

Civil Action No: 1:05CV02019 (PLF)
Judge Paul L. Friedman

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Defendants"), certifies as follows:

Defendant Leeds Weld Equity Partners IV, L.P. does not have a parent corporation but has a general partner, Defendant Leeds Weld Equity Associates IV, L.L.C. Neither the general partner nor any limited partners have a 10% interest therein, and no publicly-held corporation owns more than 10% of its limited partnership interests.

Defendant Leeds Weld Equity Associates IV, L.L.C. does not have a parent corporation and no publicly-held corporation owns more than 10% of its limited liability company interests.

Defendant Leeds Weld IV Advisors, L.L.C. does not have a parent corporation and no publicly-held corporation owns more than 10% of its limited liability company interests.

Defendant Leeds Equity Advisors, Inc. does not have a parent corporation and no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

November 7, 2005                                     Respectfully submitted,

                                    By:      /s/
                                             Kevin J. Arquit, #438511
                                             Paul C. Curnin, *pro hac vice* pending
                                             SIMPSON THACHER & BARTLETT LLP
                                             425 Lexington Avenue
                                             New York, New York 10017
                                             (212) 455-2000

                                             *Counsel for Defendants*