# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------- x
WILLIAM P. HITE, et al.,                           :
                                                   :
        Plaintiffs                                 :
                                                   :
 v.                                                :    Civil Action No: 1:05CV02019 (PLF)
                                                   :    Judge Paul L. Friedman
LEEDS WELD EQUITY PARTNERS IV, L.P.,               :
et al.,                                            :
                                                   :
        Defendants                                 :
-------------------------------------------------- x
```

## DEFENDANTS' NOTICE REGARDING
## SERVICE AND ELECTRONIC NOTIFICATION

To the Clerk of the Court and all interested parties:

Please take notice that Kevin J. Arquit, counsel to Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. ("Defendants"), hereby requests (i) to be removed from the CM/ECF electronic notification distribution list in the above-captioned case, and (ii) that Paul C. Curnin, counsel to Defendants, receive all electronic notifications and, when applicable, be noticed and served by other means on behalf of Defendants.

November 28, 2005                         Respectfully submitted,


                          By:    _/s/  Kevin J. Arquit_____
                                 Kevin J. Arquit, #438511
                                 Paul C. Curnin, *pro hac vice*
                                 SIMPSON THACHER & BARTLETT LLP
                                 425 Lexington Avenue
                                 New York, New York 10017
                                 (212) 455-2000

                                 *Counsel for Defendants*