IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
WILLIAM P. HITE, *et al.*,　　　　　　　　　　　:
　　　　Plaintiffs　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　　:　Civil Action No.: 1:05CV02019 (PLF)
LEEDS WELD EQUITY PARTNERS IV,　　　　　:　Judge Paul L. Friedman
L.P., *et al.*,　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　　　　　　　　:
------------------------------------------------------- x

## DECLARATION OF PAUL C. CURNIN

　　　I, Paul C. Curnin, do hereby declare and state as follows:

　　　1.　　I am a member of the firm of Simpson Thacher & Bartlett LLP, counsel in this matter for Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. ("Defendants"). I submit this declaration in support of Defendants' Reply Memorandum submitted in further support of Defendants' Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) and (7).

　　　2.　　Attached hereto as Exhibit A is a true and correct copy of the November 14, 2005 letter sent by the undersigned to Plaintiffs' counsel, James R. O'Connell and Maydad Cohen of O'Donoghue & O'Donoghue, LLP.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　Executed on this 29th day of November, 2005 at New York, New York.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul C. Curnin, *pro hac vice*

# EXHIBIT A

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

212-455-2519

E-MAIL ADDRESS

pcurnin@stblaw.com

VIA OVERNIGHT MAIL                    November 14, 2005

Re: <u>Hite v. Leeds Weld Equity Partners IV, L.P., et al.</u>

James R. O'Connell
Maydad D. Cohen
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, NW
Washington, DC 20016

Gentlemen:

Paragraph 20 of the complaint your office filed in this matter states that "[s]ince 1999 and through the time the securities were purchased, Pension Fund Evaluations, Inc. ('PFE') was the Fund's investment consultant . . . ." This statement could be read to suggest that PFE was the <u>only</u> investment consultant to your clients. You know this not to be the case. Indeed, you know that PFE was only "one of the Pension Fund's investment consultants," and that "Columbia Partners [was] the Pension Fund's investment manager," <i>see</i> April 27, 2005 letter from James R. O'Connell, Mark. W. Kunst and Maydad D. Cohen to Jeffrey T. Leeds and William F. Weld, and that Columbia Partners was your clients' principal investment advisor. You are also no doubt familiar with Rule 11 of the Federal Rules of Civil Procedure. In light of this apparent inaccuracy in the complaint, we ask

SIMPSON THACHER & BARTLETT LLP

James R. O'Connell  
Maydad D. Cohen                                       2                                November 14, 2005

that you please promptly take appropriate corrective steps with the Court, or we will assume that it is an intentional misrepresentation.

Very truly yours,

Paul C. Curnin

cc:  Jeffrey Leeds  
     Peter Lyons