UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,

    Defendants

---

Civil Action No.: 1:05CV02019 (PLF)

Judge Paul L. Friedman

## ORDER

UPON CONSIDERATION of Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Defendants") Motion to Dismiss and Memorandum of Law in support thereof, Plaintiffs' Memorandum in Opposition, and Defendants' Reply Memorandum,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED on this ____ day of _____, 2005.

_____
Hon. Paul L. Friedman
United States District Judge