IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM P. HITE, et al. )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>LEEDS WELD EQUITY PARTNERS IV, L.P., )<br>et al. )<br>)<br>DEFENDANTS. )<br>) | Civ. No. 1:05CV02019 (PLF) |

**[PROPOSED] SCHEDULING ORDER**

Plaintiffs, Trustees of the United Association Local Union Officers and Employees Pension Fund, the United Association General Officers Retirement and Pension Fund, and the United Association Office and Employees Pension and Retirement Fund, and individual trustees William P. Hite, Patrick R. Perno, Stephen F. Kelly and Bradley M. Karbowsky (collectively "Plaintiffs" or "Funds"), by and through counsel, pursuant to LCvR 16.3(d) and incorporating by reference Plaintiffs' responses set forth in the Joint Status Report submitted by the parties, hereby request that the Court enter an order adopting the following proposed scheduling and discovery plan:

1. Initial Disclosures will be exchanged by December 30, 2005.

2. All motions for joinder of additional parties or amendment of the pleadings shall be filed not later than March 15, 2006.

3. Discovery shall be completed by June 1, 2006 and expert discovery shall be completed by September 1, 2006. Twenty-five (25) interrogatories and fifteen (15) depositions will be allowed.

4. The Parties shall exchange Rule 26(a)(2) reports no later than August 1, 2006.

5. Dispositive motions must be filed by July 14, 2006.

6. The pre-trial conference will be held on September 30, 2006.  The trial date will be set at the pre-trial conference.

SO ORDERED THIS \_\_\_\_\_ day of _____, 2005.

_____
HONORABLE PAUL L. FRIEDMAN