UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,

    Defendants

---

Civil Action No.: 1:05CV02019 (PLF)

Judge Paul L. Friedman

## [PROPOSED] SCHEDULING ORDER

Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Leeds Weld" or "Defendants"), by and through their attorneys, pursuant to LCvR 16.3(d) and incorporating by reference Defendants' responses set forth in the Joint Status Report submitted by the parties, hereby request that the Court enter an order adopting the following proposed scheduling and discovery plan:

    1.    Discovery in this matter shall be stayed pending the Court's ruling on Defendants' motion to dismiss.

    2.    The exchange initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) shall be stayed pending the Court's ruling on Defendants' motion to dismiss.

    3.    All motions for joinder of additional parties or amendment of the pleadings shall be filed no later than **February 3, 2006**.

    4.    All Phase I discovery shall be completed no later than **April 28, 2006**.

5. The parties shall file motions for whole or partial summary judgment upon completion of Phase I discovery, if appropriate, no later than **May 12, 2006**.

6. All Phase II discovery, if any, shall be completed no later than **June 14, 2006**.

7. The parties shall file motions for summary judgment upon completion of Phase II discovery no later than **July 14, 2006**.

8. The pre-trial conference in this matter shall be held on **September 15, 2006**.

9. The trial in this matter shall commence on **October 16, 2006**.

IT IS SO ORDERED on this _____ day of _____, 200__.

_____
Hon. Paul L. Friedman
United States District Judge

December 19, 2005                Respectfully submitted,

                              By:   /s/ Paul C. Curnin
                                      Kevin J. Arquit, #438511
                                      Paul C. Curnin, *pro hac vice*
                                      SIMPSON THACHER & BARTLETT LLP
                                      425 Lexington Avenue
                                      New York, New York 10017
                                      (212) 455-2000

                                      *Counsel for Defendants*