UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
WILLIAM P. HITE, et al.,                  )
                                          )
    Plaintiffs,                           )
                                          )
    v.                                    )   Civil Action No. 05-2019 (PLF)
                                          )
LEEDS WELD EQUITY PARTNERS, IV,           )
  LP, et al.,                              )
                                          )
    Defendants.                           )
_____ )

### ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [10] defendants' motion to dismiss is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Count II of the complaint, Fraud and Misrepresentation in Connection with the Offering of Securities under D.C. Code § 31-5606.05(a)(1)(B), is DISMISSED without prejudice; it is

FURTHER ORDERED that the stay of discovery in this case entered on January 4, 2006, is LIFTED; and it is

FURTHER ORDERED that, on or before May 4, 2006, the parties shall file a joint proposed discovery schedule pursuant to Fed.R.Civ.P. 26(f) and LCvR 16.3.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 19, 2006