IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM P. HITE, et al. | )<br>)<br>) |
| PLAINTIFFS, | ) Civ. No. 1:05CV02019 (PLF) |
| v. | )<br>)<br>) |
| LEEDS WELD EQUITY PARTNERS IV, L.P., et al. | )<br>)<br>) |
| DEFENDANTS. | )<br>) |

## [PROPOSED] SCHEDULING ORDER

Plaintiffs, Trustees of the United Association Local Union Officers and Employees Pension Fund, the United Association General Officers Retirement and Pension Fund, and the United Association Office and Employees Pension and Retirement Fund, and individual trustees William P. Hite, Patrick R. Perno, Stephen F. Kelly and Bradley M. Karbowsky (collectively "Plaintiffs" or "Funds"), by and through counsel, pursuant to LCvR 16.3(d), in accordance with the Court's April 19, 2006 Order, and incorporating by reference Plaintiffs' responses set forth in the Joint Status Report submitted by the parties, hereby request that the Court enter an order adopting the following proposed scheduling and discovery plan:

1. Initial Disclosures will be exchanged by **June 8, 2006**.

2. All motions for joinder of additional parties or amendment of the pleadings shall be filed not later than **September 1, 2006**.

3. Discovery shall be completed by **December 1, 2006** and expert discovery shall be completed by **May 1, 2007**. Twenty-five (25) interrogatories and fifteen (15) depositions will be allowed.

4.  The Parties shall exchange Rule 26(a)(2) reports no later than **April 2, 2007**.

5.  Dispositive motions must be filed by **February 1, 2007**.

6.  The pre-trial conference will be held on **June 1, 2007**. The trial date will be set at the pre-trial conference.

SO ORDERED THIS _____ day of May, 2006.

                                                        _____
                                                        HONORABLE PAUL L. FRIEDMAN
                                                        UNITED STATES DISTRICT COURT JUDGE