UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WILLIAM P. HITE, *et al.*,

    Plaintiffs

v.

LEEDS WELD EQUITY PARTNERS IV, L.P., *et al.*,

    Defendants

---

Civil Action No. 05-2019 (PLF)
Judge Paul L. Friedman

## [PROPOSED] SCHEDULING ORDER

Defendants Leeds Weld Equity Partners IV, L.P., Leeds Weld Equity Associates IV, L.L.C., Leeds Weld IV Advisors, L.L.C., and Leeds Equity Advisors, Inc. (collectively "Leeds Weld" or "Defendants"), by and through their attorneys, pursuant to LCvR 16.3, in accordance with the Court's Order of April 19, 2006, and incorporating by reference Defendants' responses set forth in the Joint Status Report submitted by the parties this same day, hereby request that the Court enter an order adopting the following proposed scheduling and discovery plan:

1. Initial disclosures required under Fed. R. Civ. P. 26(a)(1) shall be exchanged no later than **June 8, 2006**.

2. Joinder of additional parties and any amendment to the pleadings shall be filed no later than **July 1, 2006**. Any party seeking to join additional parties or amend the pleadings after this date must first seek leave of Court.

2

      3.      Discovery shall be completed by **October 15, 2006**, and expert discovery, if any, shall be completed by **November 15, 2006**. The parties shall not exceed twenty-five (25) interrogatories and ten (10) depositions without leave of Court.

      4.      Expert reports and information, if any, shall be served no later than **October 15, 2006**.

      5.      The parties shall file motions for summary judgment no later than **December 15, 2006**.

      6.      The pre-trial conference in this matter shall be held on **June 1, 2007**.

      7.      A firm trial date in this matter shall be established no later than the pre-trial conference.

      IT IS SO ORDERED on this _____ day of May, 2006.

_____
Hon. Paul L. Friedman
United States District Judge

May 4, 2006                          Respectfully submitted,

                                          By:    /s/  Paul C. Curnin
                                                   Kevin J. Arquit, #438511
                                                   Paul C. Curnin, *pro hac vice*
                                                   SIMPSON THACHER & BARTLETT LLP
                                                   425 Lexington Avenue
                                                   New York, New York 10017
                                                   (212) 455-2000

                                                   *Counsel for Defendants*