**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM P. HITE, et al. )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>LEEDS WELD EQUITY PARTNERS IV, L.P., )<br>et al. )<br>)<br>DEFENDANTS. )<br>) | Civ. No. 1:05CV02019 (PLF) |

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs Trustees of the United Association Local Union Officers and Employees Pension Fund, the United Association General Officers Retirement and Pension Fund, and the United Association Office and Employees Pension and Retirement Fund, and individual trustees William P. Hite, Patrick R. Perno, Stephen F. Kelly and Bradley M. Karbowsky (collectively "Plaintiffs"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a) and Local Rules 7(i) and 15.1 hereby move the Court to enter an Order granting the Plaintiffs leave to file a First Amended Complaint. A Memorandum of Points and Authorities, Proposed Order and the First Amended Complaint are also submitted in support of this Motion.

Pursuant to Local 7(m), on May 18, 2006, counsel conferred regarding this Motion. Defendants' counsel advised that Defendants will not oppose Plaintiffs' Motion for Leave to File a First Amended Complaint.

WHEREFORE, the Plaintiffs respectfully request the Court enter the attached Order granting leave to the Plaintiffs to file the attached First Amended Complaint.

Respectfully submitted,

By: /s/Maydad Cohen
James R. O'Connell (D.C. 61424A)
    joconnell@odonoghuelaw.com
Maydad D. Cohen (D.C. 474204)
    mcohen@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041—Telephone
(202) 362-2640—Facsimile

*Attorneys for Plaintiffs*

Dated: May 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM P. HITE, et al. ) | |
| ) | |
| PLAINTIFFS, ) | Civ. No. 1:05CV02019 (PLF) |
| ) | |
| v. ) | |
| ) | |
| LEEDS WELD EQUITY PARTNERS IV, L.P., ) et al. ) | |
| ) | |
| DEFENDANTS. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

**I. BACKGROUND**

The original Complaint was filed on October 12, 2005 and alleged that the Defendants knowingly participated in a breach or breaches of fiduciary duty pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, and for a violation of D.C. Code § 31-5606.05(a)(1)(B) in connection with the offering of securities in the District of Columbia, by conspiring with George Philipps, for the purpose of influencing the decision to invest a total of $25 million of the Funds' assets in Leeds Weld Equity Partners IV and not disclosing and/or deliberately concealing the existence of the relationship with, and a payment to, George Philipps.  On November 7, 2005, the Defendants filed a Motion to Dismiss the Complaint for failure to state a claim and/or failing to join necessary parties.  On April 19, 2006, the Court issued an opinion denying the motion with respect to Count I, the ERISA knowing participation count, and dismissing Count II, the D.C. securities law claim, without prejudice. Specifically, the opinion states that the dismissal of Count II "will be without prejudice in the

event plaintiffs wish to re-plead their claims in an amended complaint." (April 19, 2006 Order at 8). Defendants submitted an Answer to the original Complaint on May 8, 2006.

The Court has not yet issued a Scheduling Order.

## II. **LEGAL PRINCIPLES**

Under Federal Rule of Civil Procedure 15(a), leave to amend a pleading "shall be freely given when justice so requires." The United States Supreme Court has declared that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The law is well-settled that leave to amend a pleading should be denied only where the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile. *Davis v. Liberty Mutual Insurance Co.*, 871 F.2d 1134, 1136-37 (D.C. Cir. 1989) ("It is common ground that Rule 15 embodies a generally favorable policy toward amendments.") (citation omitted). A district court's decision to grant or deny leave to amend is reviewed for an abuse of discretion. *Carribean Broad. Sys., Ltd. v. Cable & Wireless PLC*, 148 F.3d 1080, 1083 (D.C. Cir. 1998).

## III. **ANALYSIS**

The Plaintiffs' proposed First Amended Complaint is properly brought in accordance with Federal Rule of Civil Procedure 15(a). The amendment seeks first to re-plead Count II, the violation of D.C. Code § 31-5606.05(a)(1)(B), with particularity as required by this Court's April 19, 2006 Order. Additionally, Plaintiffs have included two new paragraphs in Count I, Paragraphs 37 and 38, to include an allegation that based on evidence gained through discovery, Plaintiffs may have participated in other fiduciaries' breaches of fiduciary duty.

Additionally, on May 18, 2006 counsel for the Defendants reviewed the Amended Complaint and stated that they do not oppose this Motion.

Accordingly, for the foregoing reasons, the Defendant s request that the Court enter the attached Order and grant leave to file the attached First Amended Complaint.

Respectfully submitted,

By: /s/Maydad Cohen
James R. O'Connell (D.C. 61424A)
    joconnell@odonoghuelaw.com
Maydad D. Cohen (D.C. 474204)
    mcohen@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041—Telephone
(202) 362-2640—Facsimile

*Attorneys for Plaintiffs*

Dated: May 18, 2006