IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM P. HITE, et al. ) | |
| PLAINTIFFS, ) | Civ. No. 1:05CV02019 (PLF) |
| v. ) | |
| LEEDS WELD EQUITY PARTNERS IV, L.P., et al. ) | |
| DEFENDANTS. ) | |

## **ORDER**

Upon consideration of the Plaintiffs' Motion for Leave to File Amended Complaint, Defendants having no objection thereto, it is hereby ORDERED:

1. That the Plaintiffs' Motion is GRANTED;

2. That the First Amended Complaint is deemed filed and served as of the date of this Order.

DATE: _____

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge