IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM P. HITE, et al. )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>LEEDS WELD EQUITY PARTNERS IV, L.P., )<br>et al. )<br>)<br>DEFENDANTS. )<br>) | Civ. No. 1:05CV02019 (PLF) |

**STIPULATION OF VOLUNTARY DISMISSAL**

The Plaintiffs and Defendants, by and through undersigned counsel, hereby notify the Court that the parties have negotiated a settlement to resolve this matter. Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs respectfully request that the Court dismiss this action against the Defendants with prejudice.

Respectfully submitted,

_____          _____
James R. O'Connell (D.C. 61424A)    Paul C. Curnin
O'DONOGHUE & O'DONOGHUE LLP         Kevin J. Arquit (D.C. #438511)
4748 Wisconsin Avenue, N.W.          SIMPSON, THATCHER & BARTLETT
Washington, DC 20016                 425 Lexington Avenue
                                     New York, NY 10017

(202) 362-0041 – Telephone           (212) 455-2000 – Telephone
(202) 362-2640 – Facsimile           (212) 455-2502 – Facsimile

*Attorneys for Plaintiffs*            *Attorneys for Defendants*

Dated:  February 2, 2007
150037_1